UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID ATIS, on behalf of himself and All others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>FREEDOM MORTGAGE CORPORATION,<br><br>        Defendant. | Civil Action No. 2:15-cv-03424-RBK-JS |

**DECLARATION OF DENNIS M. MULGREW, JR.**

I, Dennis M. Mulgrew, Jr., declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney at law and in good standing in the State of New Jersey and an associate at the law firm of Drinker Biddle & Reath LLP, attorneys for Defendant Freedom Mortgage Corporation ("Freedom") in the above-captioned matter. I make this declaration based on my personal knowledge, and in support of Freedom's Brief in Opposition to Plaintiffs' Motion to Conditionally Certify the Matter as a Collective Action Pursuant to § 216(b) of the FLSA and to Certify This Matter as a Class Pursuant to Rule 23.

2. I have personal knowledge of the following:

3. Attached as Exhibit A to this declaration is a true and correct copy of the Declaration of James Hayden.

4. Attached as Exhibit B to this declaration are true and correct copies of the relevant pages of the deposition of James Hayden.

85839030.1

5. Attached as Exhibit C to this declaration are true and correct copies of the relevant pages of the deposition of David Atis.

6. Attached as Exhibit D to this declaration are true and correct copies of the relevant pages of the deposition of Shawn Menne.

7. Attached as Exhibit E to this declaration are true and correct copies of the relevant pages of the deposition of Saul Walle.

8. Attached as Exhibit F to this declaration are true and correct copies of the relevant pages of the deposition of Russell Mates.

9. Attached as Exhibit G to this declaration are true and correct copies of the relevant pages of the deposition of Stephen DeWitt.

10. Attached as Exhibit H to this declaration is a true and correct copy of the "Time Detail" report of Opt-In Plaintiff Shawn Menne.

11. Attached as Exhibit I to this declaration is a true and correct copy of the "Time Detail" report of Opt-In Plaintiff Adam Spigelman.

12. Attached as Exhibit J to this declaration is a true and correct copy of the "Time Detail" report of Opt-In Plaintiff Stephen DeWitt.

13. Attached as Exhibit K to this declaration is a true and correct copy of the "Time Detail" report of Plaintiff David Atis.

I declare under penalty of perjury subject to the laws of the United States of America that the foregoing is true and correct.

Executed on this 6th day of June 2016, at Philadelphia, Pennsylvania.

_____
Dennis M. Mulgrew, Jr.