IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| DAVID ATIS,<br><br>                        Plaintiff,<br><br>    v.<br><br>FREEDOM MORTGAGE CORPORATION,<br>et al.,<br><br>                     Defendants. | Civil No.  15-3424 (RKB/JS |

**O R D E R**

The Court having conducted a discovery conference on July 21, 2017; and this Order intending to confirm the Court's rulings; and good cause existing to enter this Order; and accordingly,

IT IS HEREBY ORDERED this 25th day of July, 2017, as follows:

1.  By August 1, 2017, defendant shall produce in electronic format the name, last known address and employee I.D. number of all putative class members. This information is designated Confidential pursuant to the Discovery Confidentiality Order.

2.  By August 8, 2017, plaintiffs shall produce a final list of all opt-in plaintiffs.

1

3.   By August 15, 2017, defendant shall identify the forty-five (45) plaintiffs to answer defendant's Court Approved interrogatories and documents requests. Responses shall be served by October 2, 2017

4.   By October 16, 2017, defendant shall identify the additional twenty-five depositions it will take. All depositions shall be limited to four (4) hours; and it is further

ORDERED that defendants shall have the right to depose any plaintiff who will testify at trial, even it that identification occurs after the fact discovery deadlines expires. The witness shall also serve answers to the Court approved interrogatories and document requests reasonably in advance of the scheduled deposition; and it is further

ORDERED all depositions shall be taken in a location reasonably convenient to the deponents; and it is further

ORDERED that this Order is entered without prejudice to defendants' right to apply to the Court for leave to take additional discovery from plaintiffs upon presentation of good cause; and it is further

ORDERED that to the extent not already done, defendants shall produce reasonably in advance of each plaintiff's deposition his/her personnel file, employment records, time records, salary information, etc.


s/Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge